UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 DEC 30 PM 2:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR4010-JAH |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JOSE MADRIGAL-TAPIA(1), | |
| Defendant. | |

 IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 **X**  an indictment has been filed in case 08CR4200-JAH against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

 ___  the Court has dismissed the case for unnecessary delay; or

 ___  the Court has granted the motion of the Government for dismissal; or

 ___  the Court has granted the motion of the defendant for a judgment of acquittal; or

 ___  a jury has been waived, and the Court has found the defendant not guilty; or

 ___  the jury has returned its verdict, finding the defendant not guilty;

 ___  of the offense(s) of:

 IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/23/08

BARBARA L. MAJOR
UNITED STATES DISTRICT JUDGE

ENTERED ON _____